UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PENN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Case No. 1:18 CV 460 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) | ORDER OF DISMISSAL |
| PATRICIA CAMILLY, *et al.*, | ) ) | |
| Defendants. | ) | |

The remaining parties have notified the Court that a stipulated settlement has been reached and the case should be dismissed with prejudice.  Therefore, this case is dismissed with prejudice. Each party to bear its own costs.  The parties have thirty days to file additional documents memorializing the settlement, if they so choose.   IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Donald C. Nugent
　　　　　　　　　　　　　　　　　　　　　　　DONALD C. NUGENT
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED:   November 2, 2020